VIVIAN ARONESTI RUDIN v. BARRY RUDIN.

November 22, 1982.

Petition for certification granted and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits.

JERILYN BROWN v. TENNIS HABITAT CLUB AND/OR RACQUET CLUB OF BRICKTOWN.

November 22, 1982.

Petition for certification granted.

JOHN MARZOCCA v. FREEHOLD RACEWAY (SIC) AND FRANK FERRONE.

November 22, 1982.

Petition for certification granted.

JOHN MARZOCCA v. FREEHOLD RACEWAY (SIC) AND FRANK FERRONE.

November 22, 1982.

Petition for certification denied.